680

115 A.3d 876

James EVERETT, III, pro se Cutis [sic], Petitioner

v.

Hon. Steven R. GEROFF, Phila. County; Supt. Jerome Walsh, SCI–Dallas; Mrs. Kathleen Kane, Atty. Gen. Penna.; Mr. Seth Williams, D.A. Phila County, Respondents.

No. 32 EM 2015.

Supreme Court of Pennsylvania.

May 29, 2015.

## ORDER

PER CURIAM.

AND NOW, this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.